JERSEY CENTRAL POWER & LIGHT COMPANY, PLAINTIFF-RE-SPONDENT, v. THE TOWNSHIP COMMITTEE OF THE TOWN-SHIP OF LAKEWOOD IN THE COUNTY OF OCEAN, A MUNIC-IPAL CORPORATION OF THE STATE OF NEW JERSEY, DE-FENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued May 4, 1981—Decided May 18, 1981.

Before Judges ALLCORN, PRESSLER and FURMAN.

*John F. Briscoe* argued the cause for appellant.

*Richard S. Cohen* argued the cause for respondent.

PER CURIAM.

The judgment of the Law Division is affirmed essentially for the reasons set forth in the opinion of Judge Serpentelli reported in 174 *N.J.Super.* 394 (Law Div.1980).

Affirmed.